**William HILL, Plaintiff—Appellant,**

v.

**UNITED STATES ATTORNEYS FOR
the EASTERN DISTRICT OF VIRGINIA; Chuck Rosenberg; T.S. Ellis,
III; E. Blair Brown; Elizabeth Suarez, Defendants—Appellees.**

No. 07–6229.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 21, 2007.

Decided: Oct. 9, 2007.

William Hill, Appellant Pro Se.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Hill appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hill v. United States Attorneys for the Eastern Dist. of Va.,* No. 1:07–cv–00052–LMB (E.D.Va. Jan. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*